**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Gorilla Companies LLC, et al., | No. CV-09-01327-PHX-DGC |
| Debtors. | No. AP-09-00507-RJH |
| | No. BK-09-02898-RJH |
| | No. BK-09-02901-CGC |
| | No. BK-09-02903-GBN |
| Gorilla Companies, LLC, a Delaware limited liability company, | No. BK-09-02905-CGC |
| | **ORDER** |
| Plaintiff, | |
| vs. | |
| Sharon Van Tassel, and Darrell Van Tassel, husband and wife; Robb M. Corwin and Jillian C. Corwin, husband and wife; 13, LLC, an Arizona limited liability company; and 13 Holdings, LLC, an Arizona limited liability company, | |
| Defendants. | |

Gorilla Companies LLC ("Gorilla") is a debtor-in-possession currently under chapter 11 bankruptcy. *In re Gorilla*, No. BK-09-02898-RJH (Bankr. D. Ariz. Feb. 20, 2009). Gorilla filed an adversary pleading in its pending bankruptcy case. Doc. 1, *Gorilla v. Van Tassel*, No. AP-09-00507-RJH (Bankr. D. Ariz. May 8, 2009). The adversary complaint alleges that Sharon Van Tassel, a former employee, misappropriated funds from one of Gorilla's wholly-owned subsidiaries. *Id.*

Van Tassel commenced this action by filing a motion to withdraw the reference from bankruptcy court. Doc. 1, *Gorilla v. Van Tassel*, No. CV-09-01327-PHX-DGC (D. Ariz. June 19, 2009). The Court denied that motion and a subsequent one filed by Defendants (Doc. 12) without prejudice. Docs. 11, 16.

On August 17, 2010, Gorilla filed a notice of no objection to withdrawal of the reference and a request for a final pretrial conference. Doc. 17. Gorilla states that the bankruptcy court has issued its summary judgment rulings, that certain tort and other claims remain against Defendants (other than 13 Holdings, LLC), and that those claims are ready for a jury trial in this Court. *Id.*

**IT IS ORDERED** that Defendants shall file a response to the notice of no objection to withdrawal of the reference and request for setting of final pretrial conference (Doc. 17) on or before **October 1, 2010**.

DATED this 16th day of September, 2010.

David G. Campbell
United States District Judge