**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Gorilla Companies LLC, et al., <br> Debtors. <br><br> Gorilla Companies, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Sharon Van Tassel and Darrell Van Tassel, husband and wife; Robb M. Corwin and Jillian C. Corwin, husband and wife; and 13, LLC, an Arizona limited liability company, <br><br> Defendants. | No. CV-09-1327-PHX-DGC <br><br> No. AP-09-00507-RJH <br> No. BK-09-02898-RJH <br> No. BK-09-02901-CGC <br> No. BK-09-02903-GBN <br> No. BK-09-02905-CGC <br><br> **ORDER AND DEFAULT JUDGMENT** |

Defendant 13, LLC's default has been entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Doc. 29. Plaintiff has filed a motion for default judgment against 13, LLC pursuant to Rule 55(b). Doc. 30. 13, LLC has consented to the entry of default judgment against it. Doc. 26. In light of that consent, and having considered Plaintiff's motion and relevant factors, *see Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), the Court will grant the motion.

**IT IS ORDERED:**

1. Plaintiff Gorilla Companies LLC's unopposed motion for default judgment against Defendant 13, LLC (Doc. 30) is **granted**.
2. Pursuant to Rule 55(b), default judgment in the amount of **$602,841.00** is entered in favor of Plaintiff Gorilla Companies LLC and against Defendant 13, LLC.

DATED this 22nd day of December, 2010.

*David G. Campbell*
David G. Campbell
United States District Judge