**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Gorilla Companies LLC, et al., <br><br>Debtors. <br><br><br> Gorilla Companies, LLC, a Delaware limited liability company, <br><br>Plaintiff, <br><br>vs. <br><br>Sharon Van Tassel and Darrell Van Tassel, husband and wife, et al., <br><br>Defendants. | No. CV-09-1327-PHX-DGC <br><br>No. AP-09-00507-RJH <br>No. BK-09-02898-RJH <br>No. BK-09-02901-CGC <br>No. BK-09-02903-GBN <br>No. BK-09-02905-CGC <br><br>**ORDER** |

Plaintiff has filed a status report stating that the automatic stay in the Corwins' chapter 11 bankruptcy has been lifted and the bankruptcy court has set a hearing on the pending summary judgment motions for April 25, 2011. Doc. 37. In light of these developments, the withdrawal of reference is vacated in part.

**IT IS ORDERED:**

1. The withdrawal of reference of the adversary proceeding (Doc. 21) is **vacated in part** and the case referred back to the bankruptcy court for resolution of the pending motions for summary judgment.

2. Plaintiff shall file a status report within **10 days** after the motions for

1 | summary judgment have been resolved.

2 |       3.    Plaintiff's motion for entry of order clarifying status of reference (Doc. 37) is **granted**.

Dated this 31st day of March, 2011.

*David G. Campbell*
United States District Judge